UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BISHAR ISAAC and QURESH ELMI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:20-cv-126 |
| -vs- ) | |
| ) | |
| FALCON LOGISTICS, INC., ) | |
| SB CARRIERS, INC, d/b/a MK Xpress, ) | |
| And IBRAHIM MOHUMUD a/k/a ) | |
| MOHAMUD IBRAHIM, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, by counsel, for his Complaint for Damages against the Defendants, alleges and states that:

1. Plaintiff, Bishar Isaac ("Isaac" or "Plaintiff"), is a resident of Minneapolis, Minnesota.

2. At all times pertinent hereto Bishar Isaac and Quresh Elmi were lawfully married.

3. Defendant, Falcon Logistics, Inc. ("Falcon") is a corporation duly organized under the laws of the State of California, whose headquarters are located at 1419 Thunderbird Ct, Fairfield, California, 94533.

4. Defendant Falcon is a Department of Transportation registered motor carrier.

5. Defendant, SB Carriers, Inc., d/b/a MK Express, ("SB Carriers") is a corporation duly organized under the laws of the State of Michigan, whose headquarters are located at 32985 Hamilton Ct, Farmington Hills, Michigan, 48334.

6.      Defendant SB Carriers is a Department of Transportation registered motor carrier engaged in the business of transporting goods in interstate commerce for hire.

7.      During all times pertinent hereto, SB Carriers and Falcon were authorized to do business in the State of Indiana.

8.      Defendant Ibrahim Mohamud a/k/a Mohamud Ibrahim ("Ibrahim") resides at 426 Renaissance Drive Fitchburg, Wisconsin, 53771, and at all times pertinent hereto, was an employee and/or agent of SB Carriers and/or Falcon.

9.      At the time of the incident, Ibrahim was acting in the course and scope of his employment and/or agency with SB Carriers and/or Falcon as a driver.  SB Carriers and/or Falcon are vicariously liable and responsible for the acts of negligence and damages caused by their employee and/or agent during the course and scope of Ibrahim's employment and/or agency.

10.     At the time of the incident, the 2017 Cascade Freightliner tractor-trailer operated by Defendant Ibrahim was owned by Falcon and/or SB Carriers and operated by SB Carriers.

11.     At the time of the incident, the Plaintiff, Isaac, was a passenger in the tractor-trailer operated by Ibrahim.

12.     At all times mentioned herein, there existed in Vanderburgh County, Indiana, a public thoroughfare known as known as U.S. 41 which runs generally in a northerly and southerly direction.

13.     On or about the 31st day of May, 2018, at approximately 11:35 a.m., the tractor-trailer operated by Ibrahim was southbound on U.S. 41 in Vanderburgh County, Indiana. Ibrahim operated the tractor-trailer in a negligent manner and was unable to maintain control of the tractor-trailer and as a result, the vehicle flipped on its side and came to rest across both lanes of U.S. 41.

14. On or before May 31, 2018, SB Carriers, Falcon, and any employees or agents of SB Carriers and/or Falcon, including Ibrahim, were subject to the Federal Motor Carrier Safety Regulations and owed the Plaintiff a duty of reasonable care.

15. The Defendant, SB Carriers, by and through its agent, servant, or employee, Ibrahim, is guilty of the following acts of negligence, gross negligence, and/or omissions which proximately caused the incident of May 31, 2018, described hereinabove, and the injuries sustained by the Plaintiff:

    a. Ibrahim carelessly and negligently failed to keep his semi tractor-trailer under control;

    b. Ibrahim carelessly and negligently failed to apply the brakes of his semi tractor-trailer in time to avoid losing control;

    c. Ibrahim failed to change, alter or divert the course of his semi tractor-trailer to avoid losing control;

    d. Ibrahim negligently continued to operate the semi tractor-trailer when a reasonable driver would have pulled over given the inclement weather conditions;

    e. Ibrahim operated said vehicle at a dangerous and unreasonable speed and failed to reduce his speed while in hazardous conditions, in violation of Federal Motor Carrier Safety Regulation § 392.14; and

    f. Ibrahim carelessly and negligently failed to operate a commercial motor vehicle with extreme caution in hazardous conditions, in violation of Federal Motor Carrier Safety Regulation § 392.14.

16. The Defendant, SB Carriers, is directly guilty of the following acts of negligence, gross negligence, and/or omissions which proximately caused the incident of May 31, 2018, described hereinabove, and the injuries sustained by the Plaintiff:

    a. SB Carriers failed to require its tractor-trailer to be operated with extreme caution in the face of weather conditions, in violation of Federal Motor Carrier Safety Regulation § 392.14;

    b. SB Carriers permitted and/or requires its tractor-trailer to be operated despite the existence of extreme weather conditions;

   c. SB Carriers negligently and carelessly failed to properly select, train, and or supervise its drivers including but not limited to Ibrahim; and

   d. Any such other negligence or gross negligence and violations of rules, regulations, and statutes as may be shown at the trial of this matter.

17. The Defendant, Falcon, by and through its agent, servant, or employee, Ibrahim, is guilty of the following acts of negligence, gross negligence, and/or omissions which proximately caused the incident of May 31, 2018, described hereinabove, and the injuries sustained by the Plaintiff:

   a. Ibrahim carelessly and negligently failed to keep his semi tractor-trailer under control;

   b. Ibrahim carelessly and negligently failed to apply the brakes of his semi tractor-trailer in time to avoid losing control;

   c. Ibrahim failed to change, alter or divert the course of his semi tractor-trailer to avoid losing control;

   d. Ibrahim negligently continued to operate the semi tractor-trailer when a reasonable driver would have pulled over given the inclement weather conditions;

   e. Ibrahim operated said vehicle at a dangerous and unreasonable speed and failed to reduce his speed while in hazardous conditions, in violation of Federal Motor Carrier Safety Regulation § 392.14; and

   f. Ibrahim carelessly and negligently failed to operate a commercial motor vehicle with extreme caution in hazardous conditions, in violation of Federal Motor Carrier Safety Regulation § 392.14.

18. As a direct and proximate result of the carelessness and negligence of the Defendants, the Plaintiff sustained serious physical injuries and has experienced physical pain and mental anguish, and will continue to experience pain and mental anguish in the future.

19. As a direct and proximate result of his injuries and their effects upon him, the Plaintiff, in order to attempt to treat his injuries and to lessen his physical pain, has been required to engage the services of health care providers for medical treatment and has incurred medical

expenses as a result; further, Plaintiff may inevitably require medical services in the future as a result of his injuries, for which he will incur additional expenses.

20. That at the time the Plaintiff sustained the aforesaid injuries, he was gainfully employed and as a direct and proximate result of his injuries, has been forced to miss work, thereby incurring a loss of wages and/or income.

21. As a direct and proximate result of the negligence of the Defendants, the Plaintiff has experienced permanent scarring and deformity.

22. As a proximate result of the negligence of the Defendants, Quresh Elmi has experienced and continues to experience the loss of services, affection and consortium of her husband, Bishar Isaac.

WHEREFORE, the Plaintiff prays for judgment against the Defendants, SB Carriers, Falcon and Ibrahim Mohamud a/k/a Mohamud Ibrahim in an amount commensurate with his injuries, for the costs of this action, and for all other just and proper relief.

        Respectfully Submitted:

        **CLINE FARRELL CHRISTIE LEE & BELL, P.C.**

By: ____*/s/ Lee C. Christie*_____
   LEE C. CHRISTIE - #3993-49
   KYLE L. CHRISTIE - #31261-49
   951 North Delaware Street
   Indianapolis, Indiana 46202-3377
   (317) 488-5500
   (317) 488-5510 (Fax)
   lee@cfclb-law.com
   kyle@cfclb-law.com